IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID L. GRANT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-678-TFM |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Upon consideration of Defendant's *Motion to Extend Time to File Brief* (Doc. #13, filed January 7, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before February 6, 2008**.

Done this 7th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE