IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID L. GRANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-678-TFM |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER ON MOTION

Upon consideration of Defendant's unopposed *Second Motion for Extension of Time to File Brief* (Doc. #15, filed February 6, 2008), it is hereby **ORDERED** that the motion is **GRANTED**, and Defendant may file his brief **on or before March 7, 2008**.

Done this 7th day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE